

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00124-CV

**IN THE INTEREST OF M.J.P.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00878
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's Order Pursuant to Trial on Competing Petitions for Adoption is MODIFIED to include the following new dates for the "transition period" referred to in the order:

| | |
|---|---|
| Dec. 25, 2016 | 1 visit between child & CB for 1 ½ hours |
| Dec. 26, 2016 – Dec. 31, 2016 | 2 visits between child & CB for 1 ½ hours, 1 therapeutic session with Dr. Ponce |
| Jan. 1, 2017 | 1 visit between child & CB for 1 ½ hours |
| Jan. 2, 2017 – Jan. 7, 2017 | 3 visits between child & CB for 1 ½ hours, 1 therapeutic session with Dr. Ponce |
| Jan. 8, 2017 – Jan. 14, 2017 | 4 visits between child & CB for 1 ½ hours, 1 therapeutic session with Dr. Ponce |
| Jan. 15, 2017 – Jan. 21, 2017 | 5 visits between child & CB for 1 ½ hours, 1 therapeutic session with Dr. Ponce |
| Jan. 22, 2017 – Jan. 28, 2017 | 4 visits between child & CB for 1 ½ hours, 1 overnight visit, 1 therapeutic session with Dr. Ponce |
| Jan. 29, 2017 – Feb. 4, 2017 | 4 visits between child & CB for 1 ½ hours, 2 overnight visits, 1 therapeutic session with Dr. Ponce |
| Feb. 5, 2017 – Feb. 11, 2017 | 4 visits between child & CB for 1 ½ hours, Weekend visit, 1 therapeutic session with Dr. Ponce |
| Feb. 12, 2017 – Feb. 20, 2017 | Child placed with CB, ADOPTION Feb. 21, 2017 |

As modified, the trial court's order is AFFIRMED. No costs of appeal are assessed against appellant.

SIGNED December 14, 2016.

_____
Karen Angelini, Justice